[No. 3324.]

## KNUDTSON v. PITCHER, Administrator.

An appeal in a case not appealable dismissed without prejudice, neither party, after notice, suggesting any disposition of the cause.

*Appeal from San Miguel District Court.*, HON. SPRIGG SHACKLEFORD, Judge.

Mr. FRED W. HEATH, for appellant.

Messrs. HOWE & ADAMS, for appellee.

*Per Curiam.*

This appeal was filed in the supreme court in 1907. An examination discloses that it is not an appealable case and it has been suggested that both appellant and appellee are dead.

Counsel for both, after due notice, have neglected to make suggestion as to further disposition of the case. The appeal is therefore dismissed without prejudice.

*Per Curiam.*